IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF ILLINOIS

UNITED STATES OF AMERICA,

Plaintiff,

    vs.

JARED R. HENRY,

Defendant.                         Case No. 13-CR-30033-DRH

### ORDER OF FINDING OF NO THIRD-PARTY INTERESTS
### (FINAL ORDER OF FORFEITURE)

**HERNDON, Chief Judge:**

On June 27, 2013, this court entered an order for forfeiture against defendant Jared R. Henry for the following property which had been seized from the defendant:

> One Glock GMBH, Model 17, 9mm rifle, bearing serial number ZC346US;
>
> One DPMS Panther Arms, Model A-15, caliber .223-5.56mm rifle, bearing serial number F095315K;
>
> One Master Piece Arms, Model MPA10T, .45 ACP caliber pistol, bearing serial number A11904;
>
> One Master Piece Arms, Model .22 LR, bearing serial number J5159; and
>
> Any and all ammunition contained therein.

The order further provided that the government would provide an opportunity for persons to claim a legal interest in the property pursuant to 21 U.S.C. § 853(n)(1).

The court notes that notice was published by the government on an official government website, www.forfeiture.gov, for 30 consecutive days beginning July 20, 2013, and ending August 18, 2013, and that no third party filed a petition within 30 days after the last date of the publication to allege an interest in the property.

Consequently, the court hereby finds, pursuant to 21 U.S.C. § 853(n)(7), that no third-party petitions were filed and that the United States of America has clear title to the above-described property that is the subject of the Order of Forfeiture filed on June 27, 2013, namely:

**One Glock GMBH, Model 17, 9mm rifle, bearing serial number ZC346US;**

**One DPMS Panther Arms, Model A-15, caliber .223-5.56mm rifle, bearing serial number F095315K;**

**One Master Piece Arms, Model MPA10T, .45 ACP caliber pistol, bearing serial number A11904;**

**One Master Piece Arms, Model .22 LR, bearing serial number J5159;** and

**Any and all ammunition contained therein.**

The United States Marshal or the custodian for the Bureau of Alcohol, Tobacco, Firearms, and Explosives shall dispose of the property according to law. The disposal may, at the discretion of the United States, include the destruction of the property. The destruction may be done at such time and location and by such persons as designated by the United States Marshal or the custodian for the Bureau of Alcohol, Tobacco, Firearms, and Explosives.

With respect to the Kimber, Ultra CDP II, .45 caliber pistol, bearing serial number KU122862, this firearm, at the request of the United States, will not be forfeited but shall instead be returned to its lawful owner.

**IT IS SO ORDERED.**

Signed this 5th day of May, 2014.

Digitally signed by David R. Herndon
Date: 2014.05.05 14:39:46 -05'00'

**Chief Judge**
**U.S. District Court**